**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

July 11, 2011

Mr. Kevin J. Buckley , Jr.
Consumer Rights Law Firm
191 Merrimack Street
Suite 302
Haverhill, MA 01830

RE: Motion to Dismiss, CASE #: 4:11-cv-00384-BRW

Dear Mr. Buckley,

Since you did not respond to the motion of Defendant's to dismiss by the deadline (June 28, 2011), I assume that you concede that the motion is well taken.

Unless you notify me by noon this Thursday, July 14, 2011, that my assumption is incorrect. The motion to dismiss will be granted.

Cordially,

/s/ B.R. Wilson

CC: Ms. Judy Simmons Henry
   Ms. Adrienne Lee Jung
   Mr. James McCormack, Clerk of the Court.