IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAUREN TILLMAN RUSSELL**                                                                  **PLAINTIFF**

**v.**                          **4:11CV00384-BRW**

**PIONEER CREDIT RECOVERY INC.**                                      **DEFENDANT**

## ORDER

In light of the recent filing of an amended complaint,[1] Defendant's Motion to Dismiss (Doc. No. 3) is DENIED as MOOT.

IT IS SO ORDERED this 13th day of July, 2011.

                                                          /s/Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 17.